[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 30 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Devon Monei Greenfield

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.    Case No: 18 C 2508
       (To be supplied by the Clerk of this Court)

Correctional Officer Lewis

Correctional Officer John Doe #1 Div 10-3A 3:00pm-11:00p.m shift 09-17-17

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:        **AMENDED COMPLAINT**

    X    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**
   A. Name: Devon Monei Greenfield
   B. List all aliases: N/A
   C. Prisoner identification number: 20160322108
   D. Place of present confinement: Cook County Department of Corrections
   E. Address: P.O. Box 089002 Chicago, IL. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Correctional Officer Lewis
      Title: Correctional Officer Lewis
      Place of Employment: Cook County Department of Corrections

   B. Defendant: John Doe Officer 3p.m-11p.m shift September 17, 2017 Div 10-3A
      Title: Correctional Officer
      Place of Employment: Cook County Department of Corrections

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On September 17, 2017 I told officer (John Doe #1) on 3-11 shift in Div.10 3A (the deck officer) that I couldn't stay on the tier because my life was in danger, due to the fact that a brawl had just broke out on the tier because 4 specific inmates found out that me & 2 other inmates were relating information to internal affairs about who had knives and who were getting drugs in. I told him that 4 specific inmates had made threats on my life to jump me and stab me up if I didn't leave the tier. I gave him their names, what cells they were in, and I explained how each individual looked. I then requested to be put in protective custody. This officer then stated that he had too much paper work to do from the brawl and if he alerted his superiors he'd be doing paperwork all night long. This neglect to move me from the tier to protective custody after I told him that 4 specific individuals (who I gave him a detailed description of) had made threats on my life, that were housed on this living unit, made him responsible for failing and protecting me.

Plantiff made this officer aware that 4 specific individuals who were housed on this living unit had made threats to his life because they found out plantiff was relating information to the Internal Affairs and this officer neglected to rectify this situation. This officer showed a deliberate indifference to the safety of this plantiff after the plantiff reported to him these treats of violence were made on his life, and he refused to act on this situation.

On September 18, 2017 the housing unit that I was housed on was put on "modified hous" to where only 4 cells at a time was allowed to come out in dayroom for one hour, due to the brawl that had broke out

the day before. Plantiff's group was first to come out from 11:00 a.m.-12:00 p.m.. When plantiff came out the cell I approached correctional officer Lewis and made him aware that my life was in danger, due to the fact that 4 specific inmates on the tier had made threats on my life. I gave him all four of their names, what cells they were in, and I described how each one of them looked. I also explained to him that the brawl that broke out was due to the fact that these 4 specific individuals who made threats on my life had found out that me and the 2 other guys who got attacked were informing internal affairs of who had knives and who were getting drugs in. I explained that this was the reason they threaten to jump me and stab me up. He wrote their names down. I then requested to be put in protective custody. I then told him I was gone stay in his eye sight just in case something happened to me. All throughout our dayroom time I stayed in his eyesight. Before lock up time these same individuals had made threats on my life and I reported them to him again. However I still wasn't moved off the tier or to protective custody. At 1:45 p.m. I was let out of my cell to clean up dayroom, make a phone call, and take a shower before shift changed at 3:00 p.m.. This was after dayroom hours were shut down. Only 2 workers are susposed to be out cleaning. When I came out the cell 2 of the 4 inmates I alerted him about were out working too. Once again I alerted him that 2 of these inmates were the ones I told him about. I told him I didn't feel comfortable and I was gone stay in his eyesight in case something happened. I then requested once again to be placed in protective custody. He said he would see what he could do. While I was on the phone officer Lewis left off the tier and left it unattended. This is when both inmates proceeded to brutally attack me.

This neglect to move plantiff to a safe environment after I told officer that 4 specific individuals had made threats on my life and then leaving plantiff alone on the tier with 2 individuals who plantiff made officer Lewis aware that they made threats to my life put him responsible for failing and

Revised 9/2007

IV. Statement of Claims; Cont.

protecting me from this known threat of violence. This officer showed a deliberate indiffrence in protecting plantiff from individuals that the plantiff told him had made threats to his life by leaving plantiff in dayroom unattended with these known individuals and by not moving plantiff to protective custody or at least off this tier.

By both officers, Correctional Officer Lewis, and Correctional officer John Doe #1 being made aware that 4 specific inmates had made threats to plantiff's life and both of them failing to rectify this situation after plantiff asked to be placed in protective custody due to these threats, as well as officer Lewis leaving plantiff in the dayroom with these individuals unattended, shows that they both showed a deliberate indiffrence to said imminent threat, culminating in a breach of their assigned duties in "failures to protect" plantiff from this known threats of violence.

Upon this attack I received palatal fractures to where the top of the right side of my mouth has went numb. A right maxillary sinus bone fracture to where medical staff at St. Anthony's hospital took x-rays and said my bone collasped and I'll need a plate installed in my face. I also received a hair line fracture to my chin, 2 black eyes, and a concussion. I am also suffering from ongoing symptoms such as vision disturbances, dizziness when I raise my head or lower it, and brain freezes that cause memory lasps. I am experiencing high levels of parinoa from this situation, as well as psychological distress, emotional distress, mental distress, and high levels of anxiety.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore, Plantiff Devon Greenfield hereby demand the judgement against defendants for Tort Damage, Punitive Damage and Compensation Damage. Including suffered emotional and mental distress and anguish, reckless in difference, wrongful act of misconduct, abuse of their authority intentionally that lead to a Breach of Security of failure to protect. Plantiff respectfully request that this Honorable Court enter judgement in his favor in awarding the amount of $1,500,000, $1,500,000 and any other relief this court deem just and appropriate

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18 day of May, 20 18

Devon Greenfield
(Signature of plaintiff or plaintiffs)

Devon Greenfield
(Print name)

20160322108
(I.D. Number)

P.O. Box 089002 Chicago, IL. 60608
(Address)

6

Revised 9/2007

Mr. Devon Greenfield
20160322108
P.O. Box 089002
Chicago, IL. 60608





05/30/2018-50



Prisoner Correspondence
Clerks Office
U.S. District Court
219 S. Dearborn st. 20th floor
Chicago, IL. 60604