# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:
*Greenfield v. Dart et al*

Case Number: 18 C 02508

Judge: Honorable Virginia M. Kendall

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Lewis

SIGNATURE /s/ Marissa D. Longoria

FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP CHICAGO, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)
# 6325748

TELEPHONE NUMBER
(312) 603-5691

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☒

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☒

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐