|  |
|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**ATTORNEY APPEARANCE FORM** |
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. |

| In the Matter of:<br>*Greenfield v. Dart et al* | Case Number: 18 C 02508 |
|---|---|

| Judge: Honorable Virginia M. Kendall |
|---|
| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: |
| Officer Lewis |

| SIGNATURE /s/ Anthony E. Zecchin |
|---|
| FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500 |
| CITY/STATE/ZIP CHICAGO, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6257706 | TELEPHONE NUMBER<br>(312) 603-3373 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐<br>NO ☒ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐<br>NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒<br>NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |