UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Devon Monei Greenfield | ) | |
| | ) | |
| Plaintiff's | ) | 18-cv-02508 |
| | ) | Judge Virginia M. Kendall |
| vs. | ) | |
| | ) | |
| Dart et al, | ) | |
| Defendants , | ) | |

**OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

NOW COMES the COUNTY OF COOK, as indemnitor, and/or potential indemnitor, of CORRECTIONAL OFFICER LEWIS and OFFICER GASIENICA (the "Defendants"), by their attorney, KIMBERLY M. FOXX, State's Attorney of Cook County, and through her assistant state's attorney, Marissa D. Longoria, and pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby offers to allow judgment to be taken by DEVON GREENFIELD against COOK COUNTY in this cause of action, in return for termination of this litigation against all named and unnamed County Defendants, for:

1. Compensatory and statutory damages in the amount of THIRTEEN THOUSAND DOLLARS ($13,000.00);

2. Reasonable attorneys' fees, litigation expenses, and costs in the amount of SEVEN THOUSAND DOLLARS ($7,000.00), pursuant to 42 U.S.C. §1988; and

3. DEVON GREENFIELD further waives the right to appeal any and all judgments associated with this litigation.



EXHIBIT A

This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that the County Defendants are liable in this action or that the Plaintiff has suffered any damage as a result of any action, unlawful custom, policy or practice. To accept this offer, Plaintiff must serve written notice of acceptance within fourteen (14) days of the date that this offer is made. This offer of judgment is intended to resolve all of Plaintiff's claims in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorneys' fees, litigation expenses, and costs of suit. This offer of judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine the reasonableness hereof.

        Respectfully Submitted,

        KIMBERLY M. FOXX
        State's Attorney of Cook County

By:   */s/ Marissa D. Longoria*
        Marissa D. Longoria
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, IL 60602
        (312) 603-5691